UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MARK GEDEK, individually and on behalf of all others similarly situated,

                Plaintiff,

                                                                        SCHEDULING ORDER

                                                                        12-CV-6051L

        v.

ANTONIO M. PEREZ, et al.,

                Defendants.
_____

THOMAS W. GREENWOOD, individually and on behalf of all others similarly situated,

                Plaintiff,

       v.                                                                12-CV-6056L

ANTONIO M. PEREZ, et al.,

                Defendants.
_____

BARRY BOLGER, individually and on behalf of all others similarly situated,

                Plaintiff,

       v.                                                                 12-CV-6067L

ANTONIO M. PEREZ, et al.,

                Defendants.
_____

_____

| | |
|---|---|
| JULIUS COLETTA, individually and on behalf of<br>all others similarly situated, | |
| Plaintiff, | |
| v. | 12-CV-6071L |
| ANTONIO M. PEREZ, et al., | |
| Defendants. | |

_____

| | |
|---|---|
| ANDREW J. MAUER, on behalf of himself, the<br>Eastman Kodak Employees' Savings and<br>Investment Plan and a class of persons similarly situated, | |
| Plaintiff, | |
| v. | 12-CV-6078L |
| THE EASTMAN KODAK SAVINGS AND INVESTMENT<br>PLAN COMMITTEE, et al., | |
| Defendants. | |

_____

| | |
|---|---|
| Plaintiffs DALE TOAL and CLAUDE MATTE,<br>individually and on behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | 12-CV-6080L |
| ANTONIO PEREZ, et al., | |
| Defendants. | |

_____

On February 24, 2012, plaintiffs Andrew J. Mauer (the named plaintiff in Civil Action No. 12-CV-6078), and Dale Toal and Claude Matt (the named plaintiffs in Civil Action No. 12-CV-6080), filed a motion in each of these six cases for an order appointing the law firms of Izard Nobel LLP, and Kessler Topaz Meltzer & Check LLP as "interim co-lead class counsel" in these actions, and to appoint the law firm of Blitman & King LLP as "interim liaison class counsel."

All responding papers relevant to these motions must be filed with the Court by March 26, 2012. When all the papers have been submitted, the Court will review them to determine if argument is necessary, and if so, the parties will receive notice of the argument date.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
March 5, 2012.