# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE EASTMAN KODAK ERISA LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | )<br>)<br>)<br>)  MASTER FILE NO. 6:12-CV-06051-DGL<br>)<br>)  ORAL ARGUMENT REQUESTED<br>) |

## BNY MELLON'S NOTICE OF MOTION TO DISMISS CONSOLIDATED COMPLAINT

The Bank of New York Mellon[1] ("BNY Mellon") respectfully moves this Court for an order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the Consolidated Complaint as to it for the reasons set forth in the accompanying Brief in Support of BNY Mellon's Motion to Dismiss Consolidated Complaint and Declaration of Alison V. Douglass (and exhibits thereto), and granting such other and further relief as the Court deems just and proper.

BNY Mellon intends to file and serve a reply in support of its motion. It also requests oral argument on the motion.

Dated: October 29, 2012            Respectfully Submitted,

                                    /s/ James O. Fleckner
                                   James O. Fleckner, Esq.
                                   Alison V. Douglass, Esq.
                                   GOODWIN PROCTER LLP
                                   Exchange Place
                                   Boston, MA  02109
                                   Telephone:  (617) 570-1000
                                   Facsimile:  (617) 523-1231
                                   jfleckner@goodwinprocter.com
                                   adouglass@goodwinprocter.com

                                   Attorneys for The Bank of New York Mellon

---

[1] Plaintiffs have incorrectly named an entity identified as BNY Mellon Financial Corporation as a defendant in the Consolidated Complaint.

LIBA/2347134.1

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those indicated as non-registered participants on October 29, 2012.

/s/ James O. Fleckner
James O. Fleckner