IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE EASTMAN KODK ERISA LITIGATION | ) MASTER FILE NO. 6:12-cv-06051-DGL </br>) </br>) SUGGESTION OF DEATH </br>) UPON THE RECORD UNDER </br>) RULE 25(a)(1) |
| THIS DOCUMENT RELATES TO: </br>ALL CASES | ) </br>) </br>) |

Counsel for Plaintiff Barry Bolger, suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Plaintiff Barry Bolger, during the pendency of this action.

Dated: August 21, 2015

Respectfully submitted,

By: _____
Gregory M. Egleston
Thomas J. McKenna
**GAINEY McKENNA & EGLESTON**
Thomas J.McKenna
440 Park Avenue South, 5th Floor
New York, NY 10016
Tel: (212) 983-1300
Fax: (212) 983-0380
tjmckenna@gme-law.com

## CERTIFICATE OF SERVICE

I hereby certify that, on August 21, 2015, I caused a true and correct copy of the foregoing **SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)(1)** to be served on counsel of record by electronically filing it with the Clerk of the Court using the ECF system, which will send notification of such filing to the registered participants.

*Noemi Rivera*
Noemi Rivera