**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE EASTMAN KODAK ERISA LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MASTER FILE No. 6:12-CV-06051-DGL |

**RULE 41 STIPULATION OF DISMISSAL OF**
**CLAUDE MATTE AND ANDREW MAUER**

All Plaintiffs in this action, together with Defendants The Eastman Kodak Savings and Investment Plan Committee, The Eastman Kodak Company Stock Ownership Plan Committee, Robert L. Berman, Joyce P. Haag, William G. Love, Antoinette P. McCorvey, Patricia A. Obstarczyk, Laura G. Quatela, Frank S. Sklarsky (collectively, the "Kodak Defendants"), and The Bank of New York Mellon ("BNY Mellon"), hereby file this Stipulation of Dismissal of all claims of Plaintiffs Claude Matte ("Matte") and Andrew Mauer ("Mauer") pursuant to Federal Rule of Civil Procedure 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.  This Stipulation of Dismissal only applies to Plaintiffs Matte and Mauer (the "Dismissed Plaintiffs"); the remaining named plaintiffs in this case shall continue to prosecute this action on behalf of the proposed class.  This Stipulation of Dismissal also shall not impact the Dismissed Plaintiffs' ability to participate in any class that may be certified in this case  However, the Dismissed Plaintiffs hereby agree that:  (1) they will not seek to serve as class representatives in this case; and (2) they will not initiate any other lawsuit against the Kodak Defendants or BNY Mellon that is based upon, or in any way related to, the allegations in the current action related to the Eastman Kodak Savings and Investment Plan's or

the Eastman Kodak Company Stock Ownership Plan's investment in the Kodak Company Stock Fund.

Dated:  November 3, 2015

| *For the Plaintiffs* | *For the Kodak Defendants* |
|---|---|
| IZARD NOBEL LLP | GIBSON, DUNN & CRUTCHER, LLP |
| /s/ Mark P. Kindall | /s/ Paul Blankenstein |
| Robert A. Izard | Paul Blankenstein |
| Mark P. Kindall | 1050 Connecticut Avenue, NW |
| 29 South Main Street, Suite 305 | Suite 900 |
| West Hartford, CT  06107 | Washington, D.C.  20036 |
| Telephone: (860) 493-6292 | Telephone: (202) 955-8693 |
| Facsimile:  (860) 493-6290 | Fascimile:  (202) 530-9532 |
| Email:  rizard@izardnobel.com | Email: pblankenstein@gibsondunn.com |
|          mkindall@izardnobel.com | |
| | |
| Gerald D. Wells III | Chad W. Flansburg |
| CONNOLLY WELLS & GRAY, LLP | PHILLIPS LYTLE LLP |
| 2200 Renaissance Boulevard | 28 East Main Street |
| King of Prussia, PA 19406 | 1400 First Federal Plaza |
| Telephone: (215) 277-5770 | Rochester, NY  14614 |
| Facsimile:  (215) 277-5771 | Telephone: (585) 238-2000 |
| Email: gwells@cwg-law.com | Facsimile:  (585) 232-3141 |
| | Email: cflansburg@phillipslytle.com |
| *Interim Co-Lead Class Counsel* | |
| | |
| Jules L. Smith | *For Defendant BNY Mellon* |
| BLITMAN & KING, LLP | |
| The Powers Building, Suite 500 | /s/ James O. Fleckner |
| 16 West Main Street | James O. Fleckner |
| Rochester, NY  14614 | Alison V. Douglass |
| Telephone: (585) 232-5600 | GOODWIN PROCTER LLP |
| Facsimile:  (585) 232-7738 | Exchange Place |
| Email: jlsmith@bklawyers.com | 53 State Street |
| | Boston, MA  02109-2881 |
| *Interim Liaison Class Counsel* | Telephone: (617) 570-1000 |
| | Facsimile:  (617) 523-1231 |
| | Email: jfleckner@goodwinprocter.com |
| | adouglass@goodwinprocter.com |

  */s/ Mark K. Gyandoh*
Edward W. Ciolko
Peter A. Muhic
Mark K. Gyandoh
Julie Siebert-Johnson
KESSLER TOPAZ MELTZER
& CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
Email: eciolko@ktmc.com
Email: pmuhic@ktmc.com
Email: mgyandoh@ktmc.com
Email: jsjohnson@ktmc.com

*Counsel for Plaintiffs Toal and Matte*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of November 2015, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system which will send a notification to all counsel of record.

/s/ Mark P. Kindall