UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

IN RE EASTMAN KODAK ERISA
LITIGATION

                              MASTER FILE 12-CV-6051L

THIS DOCUMENT RELATES TO:
ALL ACTIONS

_____

       A motion to compel (# 111) having been filed on November 9, 2015, by plaintiffs in the above-captioned case, it is hereby

       ORDERED, that any responding papers submitted in connection with this motion must be filed and served on or before **December 4, 2015, with a courtesy copy of such filing to be provided to the Court**; and it is further

       ORDERED, that since the moving party has stated, pursuant to Western District of New York Local Rules of Civil Procedure, Rule 7(a)(1), in the notice of motion that the moving party intends to file and serve reply papers, such papers must be filed and served on or before **December 10, 2015, with a courtesy copy of such filing to be provided to the Court**; and it is further

       ORDERED, that the time for service and the content of papers must be in accordance with Local Rules of Civil Procedure, Rules 7 and 5.1 **(papers not in compliance will not be considered)**; and it is further

ORDERED, that **oral argument** will be heard before the undersigned on **December 16, 2015,** at **2:00 p.m.**, at 2310 United States Courthouse, 100 State Street, Rochester, New York 14614.

**IT IS SO ORDERED.**

*[signature: Marian W. Payson]*
MARIAN W. PAYSON
United States Magistrate Judge

Dated: Rochester, New York
       November 20, 2015