UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MARK GEDEK, individually and on behalf of
all others similarly situated, et al.,

               Plaintiffs,

v.

ANTONIO M. PEREZ, et al.,

               Defendants.
_____

ORDER

12-CV-6051L

       Pursuant to a letter having been received by this Court from Gerald D. Wells, III, Esq., counsel for plaintiff, dated December 11, 2015, requesting on behalf of all parties a stay of all proceedings until March 15, 2016, including oral argument scheduled to be held on December 16, 2015 on plaintiffs' motion to compel, to allow the parties sufficient time to the mediate the case, and good cause having been shown, it is hereby

       ORDERED, that the parties' request to stay all proceedings in this matter until March 15, 2016 is **GRANTED**; and it is further

       ORDERED, that oral argument scheduled to be held on December 16, 2015, at 2:00 p.m., is adjourned without date; and it is further

       ORDERED, that the parties shall provide a joint written status report to this Court by no later than **March 15, 2016** as to the status of mediation efforts and as to how the parties

would like to proceed, including whether oral argument on plaintiffs' motion to compel will be necessary.

**IT IS SO ORDERED.**

*Marian W Payson*
MARIAN W. PAYSON
United States Magistrate Judge

Dated: Rochester, New York
       December 15, 2015