UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MARK GEDEK, individually and on behalf of
all others similarly situated, et al.,

                ORDER

        Plaintiffs,

                12-CV-6051L

    v.

ANTONIO M. PEREZ, et al.,

        Defendants.
_____

        Pursuant to a letter having been received by this Court from Gerald D. Wells, III, Esq., counsel for plaintiff, dated March 15, 2016, requesting on behalf of all parties a continued stay of all proceedings until April 15, 2016, to allow the parties sufficient time to "either move for preliminary approval or advise the Court of the status of said motion," and good cause having been shown, it is hereby

        ORDERED, that the parties' request for a continued stay of all proceedings in this matter until April 15, 2016 is **GRANTED**; and it is further

        ORDERED, that if plaintiffs have not filed a motion for preliminary approval by April 15, 2016, the parties shall provide a joint written status report to this Court as to the status of their efforts on finalizing the terms of their settlement and the status of the motion by no later than **April 15, 2016**.

**IT IS SO ORDERED.**

                                                    _/s/ Marian W. Payson_
                                                   MARIAN W. PAYSON
                                             United States Magistrate Judge

Dated: Rochester, New York
       March 16, 2016