IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE EASTMAN KODAK ERISA LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MASTER FILE NO. 6:12-CV-06051-DGL |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS, APPROVAL OF NOTICE PLAN, AND TO SET A DATE FOR A <u>FAIRNESS HEARING TO APPROVE SETTLEMENT</u>**

Plaintiffs respectfully request that the Court enter an Order: (a) preliminarily approving the Settlement Agreement; (b) conditionally certifying the proposed Settlement Class pursuant to Fed. R. Civ. P. 23(b)(1) and/or (b)(2); (c) approving the form and contents of the Class Notice; (d) authorizing the Settlement Administrator to disseminate the Class Notice to Settlement Class members; and (e) setting a date and time for the Fairness Hearing for the proposed Settlement and all related deadlines.  In support of this Unopposed Motion, Plaintiffs submit the accompanying memorandum of law and Declaration of Gerald D. Wells, III and all exhibits thereto.  Plaintiffs are also submitting contemporaneously herewith a proposed Preliminary Approval Order.

Dated:  April 22, 2016                           Respectfully submitted,

**BLITMAN & KING, LLP**

 /s/ Jules L. Smith
Jules L. Smith
The Powers Building, Suite 500
16 West Main Street
Rochester, New York  14614
Tel:  (585) 232-5600

2

Fax: (585) 232-7738
Email:  jlsmith@bklawyers.com

**CONNOLLY WELLS & GRAY, LLP**
Gerald D. Wells, III, *pro hac vice*
2200 Renaissance Blvd., Suite 308
King of Prussia, PA 19406
Telephone: (610) 822-3700
Facsimile: (610) 822-3800
Email: gwells@cwg-law.com

**IZARD NOBEL LLP**
Robert A. Izard
Mark P. Kindall
29 South Main Street, Suite 305
West Hartford, CT  06107
Tel:  (860) 493-6292
Fax: (860) 493-6290
Email:  rizard@izardnobel.com
            mkindall@izardnobel.com

3

**CERTIFICATE OF SERVICE**

I hereby certify on this 22nd day of April, 2016, I electronically filed the foregoing PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS, APPROVAL OF NOTICE PLAN, AND TO SET A FINAL APPROVAL BEARING DATE TO APPROVE SETTLEMENT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Jules L. Smith*_____