IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: EASTMAN KODAK ERISA LITIGATION | MASTER FILE NO. 6:12-CV-06051-DGL<br><br>**NOTICE OF MOTION** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**PLEASE TAKE NOTICE,** that upon the attached Declaration of Gerald D. Wells, III, Esq. with Exhibit A dated April 22, 2016, the Memorandum of Law In Support of Plaintiff's Unopposed Motion For Preliminary Approval of the Settlement Agreement dated April 22, 2016, and upon all papers and proceedings heretofore had herein, Plaintiffs will move this Court at the United States Courthouse for the Western District of New York located at 100 State Street, Rochester, New York, for an Order: (a) preliminarily approving the Settlement Agreement; (b) conditionally certifying the proposed Settlement Class pursuant to Fed. R. Civ. P. 23(b)(1) and/or (b)(2); (c) approving the form and contents of the Class Notice; (d) authorizing the Settlement Administrator to disseminate the Class Notice to Settlement Class members; and (e) setting a date and time for the Fairness Hearing for the proposed Settlement and all related deadlines.

Dated: April 25, 2016

        Respectfully submitted,

        **Blitman & King LLP**

        By:  /s/*Jules L. Smith*
        Jules L. Smith
        The Powers Building
        Suite 500
        16 West Main Street
        Rochester, NY  14614
        Telephone: (585) 232-5600
        Facsimile:  (585)  232-7738
        Email: jlsmith@bklawyers.com

        **CONNOLLY WELLS & GRAY, LLP**
        Gerald D. Wells, III *pro hac vice*
        2200 Renaissance Blvd., Suite 308
        King of Prussia, PA  19406
        Telephone: (610) 822-3700
        Facsimile:  (610) 822-3800
        Email:  gwells@cwg-law.com

        **IZARD NOBEL LLP**
        Robert A. Izard
        Mark P. Kindall
        29 South Main Street, Suite 215
        West Hartford, CT 06107
        Telephone: (860) 493-6292
        Facsimile:  (860) 493-6290
        Email: rizard@izardnobel.com
                mkindall@izardnobel.com