## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE EASTMAN KODAK ERISA LITIGATION | **MASTER FILE NO. 6:12-CV-06051-DGL** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | JURY TRIAL DEMANDED |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs respectfully request that the Court enter an Order and Final Judgment (1) certifying the Settlement Class; (2) finding that the Settlement Class has received proper notice of the litigation and Settlement; (3) granting final approval to the Settlement and the Plan of Allocation.

Dated: July 8, 2016

**BLITMAN & KING, LLP**

By: __/s/ Jules L. Smith_____
Jules L. Smith
The Powers Building, Suite 500
16 West Main Street
Rochester, New York 14614
Tel: (585) 232-5600
Fax: (585) 232-7738
jlsmith@bklawyers.com

*Interim Liaison Counsel for the Class*

Robert A. Izard
Mark P. Kindall
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile:  (860) 493-6290

Email: rizard@ikrlaw.com
         mkindall@ ikrlaw.com

Gerald D. Wells, III
CONNOLLY WELLS & GRAY, LLP
2200 Renaissance Boulevard, Suite 308
King of Prussia, PA 19406
Telephone:  (610) 822-3700
Facsimile:   (610) 822-3800
Email:  gwells@cwg-law.com

*Interim Co-Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th Day of July, 2016, I electronically filed the foregoing Plaintiffs' Motion for Final Approval of Class Action Settlement with the Clerk of the Court using the CM/ECF  system which will send notification of such filing to all counsel of record.


*/s/ Jules L. Smith*