# EXHIBIT 2



# FIRM RESUME

Connolly Wells & Gray, LLP ("CWG") is a nationally recognized class action law firm. It was founded in 2013 by Stephen E. Connolly, Gerald D. Wells, III, and Robert J. Gray, attorneys with over forty-five years of combined experience representing plaintiffs in class action litigation. CWG has a national presence in complex civil litigation. The firm's attorneys have significant experience prosecuting class actions in state and federal courts nationwide, including cases involving violations of the Employee Retirement Income Security Act (ERISA), the Sherman Antitrust Act, the Fair Labor Standards Act (FLSA), and various consumer protection statutes.

Since its inception, CWG's experience and expertise have been recognized by courts throughout the country who have appointed the firm to leadership positions in a variety of class action matters. CWG has achieved many notable successes and helped recover significant monetary sums for class members while serving as lead counsel and co-lead counsel in a range of cases.

**REPRESENTATIVE CASES**

***In re Chickie's and Pete's Wage and Hour Litigation*, No. 12-cv-06820 (E.D. Pa.):**

CWG, along with co-counsel, obtained a settlement of over $1.32 million, plus attorneys' fees and costs, for a group of ninety current and former tipped employees (waiters, waitresses, bussers, barbacks & bartenders) based on, among other things, allegations that defendants violated state and federal wage laws by failing to pay the proper minimum wage and engaged in an improper tip pooling arrangement. Importantly, this settlement represented a recovery of 100% of back wages allegedly owed.

***Hellman v. Cataldo, et al.* (*In re CPI ERISA Litig.*), No. 12-cv-2177 (E.D. Mo.):**

CWG obtained final approval of a settlement of $800,000.00 for a class of approximately 1,000 participants in an employer sponsored 401(k) retirement plan based on claims of breaches of fiduciary duty due to defendants' continued investment of retirement savings in company stock when such investment was allegedly imprudent due to the company's downward spiral and eventual bankruptcy.

***Kotchmar v. Movie Tavern Partners, L.P.*, Case No. 15-cv-04061 (E.D. Pa.):**

As co-lead counsel, CWG assisted in obtaining a settlement of $750,000.00 on behalf of a class of over 700 tipped employees based on, among other things, allegations that defendant violated state and federal wage laws by failing to satisfy the notice requirements of the tip credit provisions of the FLSA and the Pennsylvania Minimum Wage Act.

***Bergman v. Kindred Healthcare, Inc., et al.*, No. 10-cv-0191 (N.D. Ill.):**

In its role as co-lead counsel, CWG helped to obtain a settlement of $700,000.00 on behalf of more than 1,500 class members who alleged they were not paid for all hours worked, in violation of the FLSA and Illinois state wage and hour laws.

***Magness v. Walled Lake Credit Bureau, et al*, No. 12-CV-06586 (E.D. Pa.):**

As co-lead counsel, CWG helped to obtain a settlement of $550,000.00 for a class of approximately 31,000 individuals nationwide based on allegations that defendants' loan modification package violated the Fair Debt Collection Practices Act ("FDCPA"). Notably, the settlement amount was in excess of the FDCPA's statutory cap on damages.

**PRACTICE AREAS**

**Americans with Disabilities**

The attorneys at CWG represent individuals with disabilities who have been harmed by violations of the Americans with Disabilities Act (ADA).  The ADA is the federal law that guarantees equal treatment and access for disabled persons, including individuals with severe vision impairment or blindness, severe hearing impairment or deafness, and those who require the use of a wheelchair or other mobility device.  To date, CWG has been successful in challenging policies, procedures, and physical barriers on behalf of clients that have been denied access to public accommodations in violation of Section III of the ADA.

**ERISA**

CWG represents participants and beneficiaries of employee benefit plans covered by the Employee Retirement Income Security Act of 1974 ("ERISA").  In such cases, the firm protects the interests of current and former employees, as well as beneficiaries, in retirement savings plans against the wrongful conduct of plan fiduciaries.  Often, these retirement savings plans constitute a significant portion of an employee's retirement savings, and thus any losses can be devastating to employees' retirement plan.  ERISA, which codifies one of the highest duties known to law, requires an employer to act in the best interests of the plan's participants, including the selection and maintenance of retirement investment vehicles.  For example, an employer who administers a retirement savings plan such as a 401(k) plan or Employee Stock Ownership Plan ("ESOP") has a fiduciary duty to ensure that the retirement plan's assets (including employee and any company matching contributions to the plan) are directed into appropriate and prudent investment vehicles.

Most recently, CWG was appointed as a member of the Class Counsel Committee in the action styled *In re 2014 RadioShack ERISA Litig.*, Master File No. 4:14-cv-959-O (N.D. Tex.).  In this matter, CWG and their co-counsel are prosecuting claims under ERISA alleging of breach of fiduciary duty on behalf of participants in a 401(k) retirement plan.  To date, CWG and its co-counsel have obtained a settlement of $900,000.00 against one of the defendants in the case.

**Wage & Hour**

The attorneys at CWG fight to protect the rights of employees across the nation to make sure they are compensated properly for all time worked on behalf of their employer.  State and federal wage and hour laws, including the Fair Labor Standards Act ("FLSA"), protect workers by requiring that all hourly employees are fully compensated for each of the hours they work.  The

FLSA requires that each employee receive the full minimum wage as well as overtime (1.5 times their hourly rate) for all hours worked in excess of forty in a workweek, unless the employee falls within one of the FLSA's enumerated exemptions. Some states offer additional protections.

Recently, CWG along with co-counsel, obtained preliminary approval for a settlement of $300,000.00 on behalf of a class of tipped employees based on, among other things, allegations that defendants violated the FLSA and state wage laws by failing to meet the requirements of the tip credit provisions of the FLSA and failing pay the proper minimum wage. That matter is styled *Graudins v. KOP Kilt, LLC d/b/a/ The Tilted Kilt Pub*, Case No. 14-cv-02589 (E.D. Pa.).

**Consumer Protection**

The attorneys of CWG protect the rights of consumers nationwide against unscrupulous business practices. CWG's Consumer Protection practice encompasses a variety of litigation, including cases brought under state consumer protection laws against companies engaged in deceptive business practices, or false advertising designed to take advantage of unsuspecting individuals and businesses. Such practices include false advertising and/or misrepresentation of products and services; hidden or unnecessary fees charged to consumers; and the sale of dangerous, or defective products.

In the matter styled *Volyansky v. Hayt, Hayt & Landau, LLC*, No. 13-cv-3360 (E.D. Pa.), CWG, along with co-counsel, obtained favorable rulings and a settlement on behalf of a class of 1,383 individuals who alleged novel claims involving when a debtor can collect costs on a judgment entered in the Philadelphia Court of Common Pleas. Notably, the settlement obtained maximum statutory amount available under the FDCPA. More recently, CWG and their co-counsel obtained preliminary approval for a settlement of $500,000.00 on behalf of a class of more than 177,000 individuals based on allegations that defendants' debt collection mailing policy violated the FDCPA. Notably, the settlement amount was the largest allowed by statute. The case is styled *Ebner v. United Recovery Systems, LP., et al.*, Case No. 14-cv-06881 (E.D. Pa.).

**ATTORNEYS**

      **Stephen E. Connolly** is a founding member of Connolly Wells & Gray, LLP. Mr. Connolly has extensive experience representing individuals and corporations in complex class action litigation throughout the United States involving violations of the federal and state antitrust

laws, state consumer-protection statutes, and the federal securities laws.  In addition, Mr. Connolly represents workers alleging violations of state and federal wage laws.

Notable cases in which Mr. Connolly served as class counsel include *Marchbanks Truck Service, Inc. v. Comdata Network, Inc.*, Case No. 07-1078 (E.D. Pa.), which settled in January 2014 for $130 million; *In re Titanium Dioxide Antitrust Litigation*, No. 1:10-cv-00318-RDB (D. Md.), an antitrust class action against the major producers of titanium dioxide, which settled in 2013 for $163.5 million; and *In re NCAA Student-Athlete Name & Likeness Licensing Litigation*, No. 4:09-cv-1967 (N.D. Cal.).  Mr. Connolly currently represents several labor union health benefit funds against pharmaceutical manufacturers for delaying the entry of generic drugs in violation of antitrust laws.

Mr. Connolly graduated summa cum laude from Penn State University and received his law degree from the Villanova University School of Law in 2000.  He is a member of the bar of the Commonwealth of Pennsylvania, the United States District Court for the Eastern District of Pennsylvania, the United States Court of Appeals for the Third Circuit, and United States District Court for the Eastern District of Michigan.

**Gerald D. Wells, III** is a founding member of Connolly Wells & Gray, LLP.  Mr. Wells has substantial experience in prosecuting class actions on behalf of aggrieved employees and consumers.  This experience includes ERISA class actions, which involve claims against fiduciaries of a company's 401k plan for making imprudent investments. Mr. Wells has spoken at ERISA conferences on such topics as fiduciary liability and developments in ERISA jurisprudence. In addition, he has significant experience in litigating state and federal wage and hour claims against companies for failing to pay their employees all wages due and owing.  He

has been counsel of record in numerous notable decisions including the Supreme Court's decision in the action styled *Genesis Healthcare Corp. v. Symcyzk*, 133 S. Ct. 1523 (2013). His experience and expertise in wage and hour litigation is well recognized, having been chosen to speak at a conference on recent developments in the field of wage and hour law.

Mr. Wells has served as class counsel in numerous cases, including *Avangard Auto Finance, Inc. v. Great American Ins. Co.,* No. 10-cv-06849 (E.D. Pa.) (settlement of a consumer class action that provided for full relief for participating class members, who included individuals and business entities); *In re Bristol-Myers Squibb ERISA Litig.*, No. 02-cv-10129 (S.D.N.Y.) (settlement of ERISA claims of 40,000 class members for $41.22 million plus structural plan changes valued at up to $52 million); *Weaver v. Edward D. Jones & Co., L.P.*, Nos. 08-cv-529, 08-cv-540 (N.D. Ohio) (settlement of state and federal wage and hour claims for up to $19 million); *In re Janney Montgomery Scott Financial Consultant Litig.*, No. 06-cv-3202 (E.D. Pa.) (settlement of state and federal wage and hour claims for up to $2.88 million).

Mr. Wells is a graduate of both Temple University and Temple University School of Law (J.D. 2001). While in law school, he served as the Symposium Editor for the Environmental Law & Technology Journal. Mr. Wells is licensed to practice law in Pennsylvania, New Jersey, and California. In addition, Mr. Wells is admitted to practice before the United States Supreme Court, the United States Court of Appeals for the Third, Eighth, Ninth, and Eleventh Circuits, the United States District Courts for the Eastern District of Pennsylvania, Eastern District of Michigan, Northern District of Illinois, Northern, Southern, Central and Eastern Districts of California and the District Court of New Jersey.

**Robert J. Gray** is a founding member of Connolly Wells & Gray, LLP.  Mr. Gray concentrates his practice in the areas of ERISA, Consumer Protection, FLSA/Employment Law and fiduciary litigation, and has substantial experience in prosecuting class actions on behalf of aggrieved employees and consumers nationwide.  Notably, Mr. Gray has significant experience representing employees in prosecuting claims for unpaid wages pursuant to the Federal Fair Labor Standards Act (the "FLSA") and analogous state wage and hour laws.  Mr. Gray has successfully represented employees and attained results on their behalf for companies failing to pay all wages due to: (i) improperly classifying its employees as exempt; (ii) requiring employees to work "off-the-clock;" or (iii) failing to pay restaurant employees proper minimum wages and/or all their tips.  He has been counsel of record in numerous notable decisions conferring federal jurisdiction over hybrid actions involving claims under both federal and state wage law within the Third Circuit.  In addition, Mr. Gray is experienced in prosecuting ERISA class actions, which involve claims against fiduciaries of a company's 401k plan for making imprudent investments.  Mr. Gray also considerable experience representing consumers nationwide for claims involving unfair debt collection practices, unfair trade practices – including violation of consumer protection laws, and violations of the Americans with Disabilities Act.

Mr. Gray has handled mediations before some of the most respected mediators in the nation and has served as class counsel in numerous class and collective actions nationwide, including *In re: Staples, Inc., Employment Practices Wage & Hour Litigation*, MDL 2025 (D.N.J.) ($42 million settlement on behalf of over 5,000 employees – representing one of the largest retail misclassification cases outside of California; *In re AXA Wage and Hour Litigation*, No. 06-

cv-4291 (N.D. CA) ($6.5 Million Settlement on behalf of nationwide class of financial representatives; *In re Janney Montgomery Scott Financial Consultant Litig.*, No. 06-cv-3202 (E.D. Pa.) (settlement of state and federal wage and hour claims for up to $2.88 million).

Mr. Gray is a graduate of Temple University School of Law (J.D. 2000). While in law school, he received class distinctions for legal writing and trial advocacy. Mr. Gray received his Bachelor of Science from La Salle University with a dual major in Accounting and Finance. Prior to practicing law Mr. Gray worked as a Certified Public Accountant, specializing in forensic accounting. Prior to starting Connolly Wells & Gray, Mr. Gray worked for one of the largest plaintiff class action firms in the country.