# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE EASTMAN KODAK ERISA LITIGATION | MASTER FILE NO. 6:12-CV-06051-DGL |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | JURY TRIAL DEMANDED |

## DECLARATION OF PLAINTIFF MARK GEDEK

I, Mark Gedek, declare and state as follows:

- I am one of the named Plaintiffs in this action and a resident of the state of New York. I am a former employee of the Eastman Kodak Company ("Kodak"), where I worked until I retired in October 2014.

- I submit this Declaration in support of Plaintiffs' motion for approval of the proposed settlement and fee and expense application.

- While I was employed by Kodak, I was a participant in both the The Eastman Kodak Employees' Savings and Investment Plan and The Kodak Employees Stock Ownership Plan (the "Plans"). I was a Plan participant during the period from January 1, 2010 to March of 2012. During that period, my Plan accounts contained Kodak's company stock.

- I am represented by Gerald Wells, III of Connolly Wells & Gray, LLP (hereinafter, "my counsel"). I understand that the Court appointed Izard Nobel LLP and Connolly Wells & Gray, LLP, as Interim Lead Counsel for all of the ERISA Plaintiffs and

1

that these firms work with my counsel to prosecute this case (together, "Plaintiffs' Counsel"). I believe that these firms will and have vigorously represented the interests of the Class.

- After careful consideration, I agreed to serve as one of the named plaintiffs. It is my understanding that my case was the first case in this matter and that it was subsequently consolidated with other cases that were filed. I understand that among other things, the case was brought as a class action lawsuit against the individuals and entities that were responsible for the Plans to recover losses to the Plans as a result of investment in Kodak stock during the period from January of 2010 through March of 2012.

- After I agreed to serve as a named plaintiff in this case, I conferred regularly with my counsel, including numerous telephone calls and e-mail correspondence. I have also responded to questions and requests for information from counsel.

- During the period from May to November of 2015, I responded to three different sets of interrogatories and three different sets of requests for admissions. In addition, I also searched for documents in response to a request for production of documents, and turned over the responsive documents that I had.

- I understood at the time that I agreed to participate as a named plaintiff that I might have to appear for a deposition and give testimony in this action. On multiple occasions I provided my attorneys with dates regarding my availability to have my deposition taken in Rochester. Each time, my counsel informed me that the deposition was postponed. However, I was willing to go through the process. I was also prepared to give testimony in court if the case had gone to trial.

2

- During the course of the litigation, I participated in the following activities: reviewing documents such as Plan-related documents and other materials; reviewing other court documents and discussing them with my counsel; engaging in regular communications with counsel concerning the status and strategy of the case; searching my own files for documents related to the case and sending what I found to my counsel; regular updates with my counsel about concerning my responses to discovery requests; discussing deposition dates with counsel and making arrangements to attend; discussing the proposed settlement talks with counsel in advance of the mediation; and approving the proposed settlement.

- In addition, I also received phone calls from other class members asking me about the settlement. In such instances, I directed them to speak with my attorneys.

- Throughout the pendency of this litigation, I performed the above tasks with care and consideration for my role as a representative of a class of persons injured by the Defendants' conduct.

- I believe that the proposed settlement is in the best interests of the Class and would ask the Court to approve it. I also support the application for attorneys' fees and expenses.

- I also respectfully request that the Court award me, and the other proposed Class Representatives, a case contribution award of $5,000.00 each as compensation for the time and effort that we have spent on the case on behalf of the whole class.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of July, 2016.

3

_____
Mark Gedek