# EXHIBIT 6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE EASTMAN KODAK ERISA LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | MASTER FILE NO. 6:12-CV-06051-DGL<br><br>JURY TRIAL DEMANDED |

## DECLARATION OF CLASS REPRESENTATIVE SANDY PAXTON

SANDY PAXTON declares and states as follows:

1.  I am a resident of the State of New York and a former employee of the Eastman Kodak Company ("Kodak"), where I worked from 12/85 until 9/2013.

2.  I submit this Declaration in support of Plaintiffs' motion for approval of the proposed settlement and fee and expense application.

3.  While I was employed by Kodak, I was a participant in the The Eastman Kodak Employees' Savings and Investment Plan. I was a Plan participant during the period from January 1, 2010 to March of 2012. During that period, my Plan account[s] contained Kodak's company stock.

4.  I am represented by Izard Nobel LLP (hereinafter, "my counsel"). I understand that the Court appointed Izard Nobel LLP and Connolly, Wells & Gray, LLP, as Interim Lead Counsel for all of the ERISA Plaintiffs and that these firms work together and with the attorneys for other plaintiffs to prosecute this case. I believe that these firms will and have vigorously represented the interests of the Class.

5. After careful consideration, I agreed to serve as either a lead plaintiff or a class representative in May of 2015 after speaking with attorneys involved in the case, including Mark Kindall from Izard Nobel. I understand that among other things, this case was brought as a class action lawsuit against the individuals and entities that were responsible for the 401k Plan to recover losses that resulted from investment in Kodak stock during the period from January of 2010 through March of 2012.

6. After I agreed to assist in representing the class in this case, I conferred regularly with my counsel, including numerous telephone calls and e-mail correspondence. I have also responded to questions and requests for information from counsel.

7. During the period from May to November of 2015, I responded to three different sets of interrogatories and three different sets of requests for admissions. I also searched for documents in response to a request for production of documents and sent the responsive documents that I had to my counsel.

8. I understood at the time that I agreed to participate as a named plaintiff that I might have to appear for a deposition and give testimony in this action. I arranged a date in January of 2016 to have my deposition taken. It was ultimately called off by agreement of the attorneys, but I was willing to go through the process. I was also prepared to give testimony in court if the case had gone to trial.

9. During the course of the litigation, I participated in the following activities: (i) reviewing documents such as Plan-related documents and other materials; (ii) reviewing other court documents and discussing them with my counsel; (iii) engaging in regular communications with counsel concerning the status and strategy of the case; (iv) searching my own files for documents related to the case and sending what I found to my counsel; (v) regular updates with

my counsel about concerning my responses to discovery requests; (vi) discussing deposition dates with counsel and making arrangements to attend; (vii) discussing the proposed settlement talks with counsel in advance of the mediation; and (viii) approving the proposed settlement. I performed these tasks with care and consideration for my role as a representative of a class of persons injured by the Defendants' conduct.

10. I believe that the proposed settlement is in the best interests of the Class and would ask the Court to approve it. I also support the application for attorneys' fees and expenses.

11. I also respectfully request that the Court award me, and the other proposed Class Representatives, a case contribution award of $5000 each as compensation for the time and effort that we have spent on the case on behalf of the whole class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of March, 2016.

Sandy Paxton

3