# EXHIBIT 8

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE EASTMAN KODAK ERISA LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MASTER FILE NO. 6:12-CV-06051-DGL<br><br>JURY TRIAL DEMANDED |

## DECLARATION OF PLAINTIFF THOMAS W. GREENWOOD

I, Thomas W. Greenwood, hereby declare and state as follows:

1. I am one of the named Plaintiffs in this action and a resident of the state of New York. I am a former employee of the Eastman Kodak Company ("Kodak"), where I worked from 1967-1999.

2. I submit this Declaration in support of Plaintiffs' motion for approval of the proposed settlement and fee and expense application.

3. While I was employed by Kodak, I was a participant in The Eastman Kodak Employees' Savings and Investment Plan, as well as The Kodak Employees Stock Ownership Plan (the "Plans"). I was participant in the Plans during the period from January 1, 2010 to March of 2012. During that period, my Plan accounts contained Kodak's company stock.

4. I am represented by the law firm of Berger & Montague P.C. (hereinafter, "my counsel"). I understand that the Court appointed Izard Nobel LLP and Connolly, Wells & Gray, LLP, as Interim Lead Counsel for all of the ERISA Plaintiffs and that these firms work with my counsel to prosecute this case (together, "Plaintiffs' Counsel"). I believe that these firms will and have vigorously represented the interests of the Class.

5. After much thought, I agreed to serve as one of the named plaintiffs. I understand that among other things, this case was brought as a class action lawsuit against the individuals and entities that were responsible for the Plans to recover losses to the Plans as a result of investment in Kodak stock during the period from January of 2010 through March of 2012.

6. After I agreed to serve as a named plaintiff in this case, I conferred regularly with my counsel, including numerous telephone calls and e-mail correspondence. I have also responded to questions and requests for information from counsel.

7. During the period from May to November of 2015, I responded to three different sets of interrogatories and three different sets of requests for admissions. I also searched for documents in response to a request for production of documents and turned over the responsive documents that I had.

8. I understood at the time that I agreed to participate as a named plaintiff that I might have to appear for a deposition and give testimony in this action. On three occasions, I arranged a time with my counsel to have my deposition taken. Each time the deposition was postponed. However, I was willing to go through the process. I was also prepared to give testimony in court had the case gone to trial.

9. During the course of the litigation, I actively participated in the following activities: (i) reviewing documents such as Plan-related documents and other materials; (ii) reviewing other court documents and discussing them with my counsel; (iii) engaging in regular communications with counsel concerning the status and strategy of the case; (iv) searching my own files for documents related to the case and sending what I found to my counsel; (v) regular updates with my counsel about concerning my responses to discovery requests; (vi) discussing deposition dates with counsel and making arrangements to attend; (vii) discussing the proposed settlement talks

with counsel in advance of the mediation; and (viii) approving the proposed settlement. I performed these tasks with care and consideration for my role as a representative of a class of persons injured by the Defendants' conduct.

10. I believe that the proposed settlement is in the best interests of the Class and would ask the Court to approve it. I also support the application for attorneys' fees and expenses.

11. I also respectfully request that the Court award me, and the other proposed Class Representatives, a case contribution award of $5000 each as compensation for the time and effort that we have spent on the case on behalf of the whole class.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19TH day of May, 2016.

_____
Thomas W. Greenwood