**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE EASTMAN KODAK ERISA LITIGATION<br>_____<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MASTER FILE NO. 6:12-CV-06051-DGL<br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES,**
**REIMBURSEMENT OF EXPENSES, AND CLASS REPRESENTATIVE AWARDS**

Plaintiffs respectfully request that the Court enter an Order (1) approving Plaintiffs' request for attorneys' fees; (2) reimbursing Plaintiffs' Counsel for out-of-pocket expenses; and (3) awarding each of the Class Representatives a Case Contribution Award.

Dated: July 8, 2016

**BLITMAN & KING, LLP**

By: By:   /s/ Jules L. Smith
Jules L. Smith
The Powers Building, Suite 500
16 West Main Street
Rochester, New York 14614
Tel: (585) 232-5600
Fax: (585) 232-7738
jlsmith@bklawyers.com

*Interim Liaison Counsel for the Class*

Robert A. Izard
Mark P. Kindall
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
Telephone: (860) 493-6292
Facsimile:  (860) 493-6290
Email: rizard@ikrlaw.com
          mkindall@ ikrlaw.com

Gerald D. Wells, III
CONNOLLY WELLS & GRAY, LLP
2200 Renaissance Boulevard, Suite 308
King of Prussia, PA 19406
Telephone:  (610) 822-3700
Facsimile:   (610) 822-3800
Email:  gwells@cwg-law.com

*Interim Co-Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th Day of July, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Jules L. Smith_